# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
Non-Prisoner Complaint



MAY 15 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## UNITED STATES DISTRICT COURT
## FOR
## THE DISTRICT OF ALASKA

APRIL COBIA,
    *PLAINTIFF*

Case No. 3:23-CV-00112-SLG

V.

ARIZONA STATE BOARD OF NURSING, *et al.,*
    *DEFENDANTS*

_____)

**JURY TRIAL DEMANDED**

**Plaintiff:**
Name: APRIL L. COBIA
Address: 13600 OLD SEWARD HWY
ANCHORAGE AK 99515
County: MATANUSKA-SUSITN
Telephone Number: 206-498-7279
E-Mail Address: acoviab2004@msn.com

*V.*

**Defendant No. 1**

Name: ARIZONA STATE BOARD OF NURSING

Address: 1470 W. Adams St Ste 2000

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
Non-Prisoner Complaint

Phoenix, AZ 85007

County: MARICOPA

Telephone Number: 602-771-7800

Official capacity

**Defendant No. 2**

Name: JO ELIZABETH RIDENOUR RN022148

Title: EXECUTIVE DIRECTOR OF ARIZONA STATE BOARD OF NURSING

Address: 1470 W. Adams St Ste 2000

Phoenix, AZ 85007

County: MARICOPA

Telephone Number: 602-771-7801

E-Mail Address: jridenour@azbn.gov

Official capacity

**Defendant No. 3**

Name: VALERIE JEAN SMITH RN040301

Title: NURSE INVESTIGATOR

Address: 1470 W. Adams St Ste 2000

Phoenix, AZ 85007

County: MARICOPA

Telephone Number: 602-771-7801

E-Mail Address: vsmith@azbn.gov

Official Capacity

**Defendant No. 4**

Name: EMMA L. MAMALUY

Title: CHIEF COUNSEL

Address: 1470 W. Adams St Ste 2000

Phoenix, AZ 85007

County: MARICOPA

Telephone Number: 602-771-7844

E-Mail Address: emamaluy@azbn.gov

Official capacity

**Defendant No. 5**

Name: SHAWNA M. BONNER RN128736

Title: Investigator

Address: 1470 W. Adams St Ste 2000

Phoenix, AZ 85007

County: MARICOPA

Telephone Number: 602-277-5551 EXT; 1231

E-Mail: sbonner@azbn.gov

Official capacity

**Defendant No. 6**

Name: RANDY C. QUINN RN

Title: ARIZONA BOARD OF NURSING BOARD MEMBER

Address: 1470 W. Adams St Ste 2000

Phoenix, AZ 85007

County: MARICOPA

Official capacity

**Defendant No. 7**

Name: THERESA BERRIGAN

Title: ARIZONA BOARD OF NURSING BOARD MEMBER

Address: 1470 W. Adams St Ste 2000

Phoenix, AZ 85007

County: MARICOPA

Official capacity

**Defendant No. 8**

Name: JANA MACHESKY

Title: ARIZONA BOARD OF NURSING BOARD MEMBER

Address: 1470 W. Adams St Ste 2000

Phoenix, AZ 85007

County: MARICOPA

Official capacity

**Defendant No. 9**

Name: CARMEN HILL-MEKOBA

Title: ARIZONA BOARD OF NURSING BOARD MEMBER

Address: 1470 W. Adams St Ste 2000

Phoenix, AZ 85007

County: MARICOPA

Official capacity

**Defendant No. 10**

Name: ELIZABETH BOYER

Title: ARIZONA BOARD OF NURSING BOARD MEMBER

Address: 1470 W. Adams St Ste 2000

Phoenix, AZ 85007

County: MARICOPA

Official capacity

**Defendant No. 11**

Name: LORI GUTIERREZ

Title: ARIZONA BOARD OF NURSING BOARD MEMBER

Address: 1470 W. Adams St Ste 2000

Phoenix, AZ 85007

County: MARICOPA

Official capacity

**Defendant No. 12**

Name: M. SHAWN HARRELL

Title: ARIZONA BOARD OF NURSING BOARD MEMBER

Address: 1470 W. Adams St Ste 2000

Phoenix, AZ 85007

County: MARICOPA

Official capacity

**Defendant No. 13**

Name: MELINDA PRESTON

Title: ARIZONA BOARD OF NURSING BOARD MEMBER

Address: 1470 W. Adams St Ste 2000

Phoenix, AZ 85007

County: MARICOPA

Official capacity

**Defendant No. 14**

Name: Cindy Mand RN

Title: Investigator

Address: 1470 W. Adams St Ste 2000

Phoenix, AZ 85007

County: MARICOPA

Telephone Number: 602-771-7800

E-mail: cmand@azbn.gov

Official capacity

**Defendant No. 15**

Name: Dolores Hurtado

Title: Investigator

Address: 1470 W. Adams St Ste 2000

Phoenix, AZ 85007

County: MARICOPA

Telephone Number: 602-771-7845

E-mail: dhurtado@azbn.gov

Official capacity

**Defendant No. 16**

Name: Sunita Krishna

Title: Lawyer

Address: 2005 N. Central Ave.

Phoenix, AZ 85004

County: MARICOPA

Telephone: 602-542-5025

E-mail: Sunita.Krishna@azag.gov

Official capacity

**Defendant No. 17**

Name: William Ridenour

Title: Lawyer/Arizona Regent (former)

Address: 2700 N. Central Ave Suite 400

Phoenix, AZ 85004

County: MARICOPA

Telephone: 602-229-2500

E-mail: Bill.Ridenour@azregents.edu

Official capacity

**Defendant No. 18**

Name: Kathryn L. Busby

Title: ARIZONA BOARD OF NURSING BOARD MEMBER

Address: 1470 W. Adams Str. Ste 2000

Phoenix, AZ 85007

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
Non-Prisoner Complaint

County: MARICOPA

Telephone: 602-7711-7800

Official capacity

## II. Basis for Jurisdiction

1. Under 42 U.S.C., you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388*, you may sue federal officials for the violation of constitutional rights.

**A. Who are you bringing suit against:**

**Arizona State Board of Nursing & Their Officials:**

April L. Cobia is bringing suit against the ARIZONA STATE BOARD OF NURSING & its officials in their official capacity: JO ELIZABETH RIDENOUR RN022148, VALERIE JEAN SMITH RN040301, SHAWNA M. BONNER RN128736, CINDY MAND RN, EMMA L. MAMALUY JD, DOLORES HURTADO INVESTIGATOR, & the ARIZONA STATE BOARD OF NURSING BOARD MEMBERS because all defendants were acting within the scope of their agency and membership powers and/or employment with Arizona State Board of Nursing; they are being sued in their representative capacity and/or individual capacity, the Arizona State Board of Nursing is also vicariously liable for all such acts.

**B. Section 42 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C.**

Arizona State Board of Nursing & its Officials in their official capacity violated and: Practiced Deceptive Thief by Violating AZ Property Rights Law, Violated the Accardi Doctrine, Violated Doctrine of Ultra Vires, Violated Whistle Blower Retaliation Laws, Committed Interstate

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
Non-Prisoner Complaint

Stalking, Knowingly Submitted Altered & Forged Documents into a Court of Law, 11th Amendment Violation, FCC Internet Fraud, and committed a False Declaration before a State/Federal Court.

## EVIDENCE

April Cobia v Arizona State Board of Nursing: -CV-20-0195-PR Arizona Supreme Court

April Cobia v Arizona State Board of Nursing: -1 CA-CV-19-0547 Arizona Court of Appeals

April Cobia v Arizona State Board of Nursing: - LC2018-000334-001 Maricopa County Superior Court

April Cobia v United States Department of Health & Human Services-C-19-910

National Practitioner Data Bank 9/2/2019

All AK Nursing forms which will be submitted in Alaska through U.S. District 2023

## INTRODUCTION

1. April L. Cobia obtained a Registered Nursing (RN) License in the State of Arizona on
2. February 2002 after Successful Completion of all State and National Exams. April L.
3. Cobia had a license as practical nurse (LPN) prior to her RN which was obtained in the
4. State of Arizona after successful completion of State and National Exams, and a certified
5. nursing assistant (CNA) license which was obtained in another state 1986. Nurse
6. Practitioner degree was all completed except for one course, an done so with an
7. INTERNATION HONORS STATUS. April L. Cobia's licenses were in Arizona which
8. the Arizona State Board of Nursing (AZBN) is a part of the compact state and has
9. profound effects on a licensed professional if State and Federal laws are not followed
10. and are violated. The Arizona State Board of Nursing in its official capacity and with its
11. officials took April L. Cobia's Professional Property under false pretenses on Thursday

12. May 17, 2018. On January 4, 2023 April L. Cobia applied for a Professional license in

13. the State of **Alaska,** however April L. Cobia was denied a professional licenses in

14. **Alaska** due to Arizona State Board of Nursing's ongoing and continual false light

15. publications and slanderous reporting by using the world wide web has caused intentional

16. and irreparable harm to April L. Cobia. Arizona and its officials taking April L. Cobia's

17. property under false pretenses, violated Federal Laws and Statues, and violated Arizona

18. State Laws and Statues. In 10/2005 the Arizona State Board of Nursing placed

19. comments on their website that April L. Cobia's license was: "UNDER

20. INVESTIGATION", the pattern of slanderous statements placed on the WORLD WIDE

21. WEB by the ARIZONA STATE BOARD OF NURSING about Plaintiff April L Cobia;

22. has been continuous to the current date (a total of 18 years), and have

23. continuously placed her and her license in a false light.

24. In 2007 the Arizona State Board of Nursing and its staff in

25. their official capacity placed April L. Cobia and her license in a false light by submitting

26. false and slanderous information to the National Practitioner Data

27. Back (NPDB) in Washington D.C., and to National Council of State Board of Nursing

28. (NCSBN) which is located in the State of Illinois.

29. In 2009 a notice to correct was sent to the State of Arizona Board of Nursing regarding

30. the false light they placed April L. Cobia in and her licenses in, however the AZBN staff

31. defiantly refused to correct the false Information by placing her in a false light, and by

32. Submitted the information to other states and Federal Agencies false information.

33. In 3/2012 it was discovered Arizona's State board of Nursing had placed false

34. information on the World Wide Web about April L. Cobia's licenses stating April L.

35. Cobia RN was sanction for substance abuse/drug use. Notice to correct was sent to

36. AZBN officials.

37. In 12/2012 Arizona State Ombudsman Citizens Aide Office demanded the Arizona State

38. Board of Nursing correct the slanderous information sent to the NPDB, and NCSBN in

39. the states of Washington D.C., and Illinois regarding the false light April L. Cobia was

40. placed by AZBN, however AZBN only corrected the NCSBN site.

41. In 2013 & 2014 the Arizona State Board of Nursing placed April L. Cobia again in a

42. false light by repeatedly placing false information about April L. Cobia's her CNA, and

43. LPN by stating her CNA, and LPN licenses was sanction.

44. In 2017 the Arizona State Board of Nursing and their official in her official capacity

45. contacted a Federal agency in Alaska and informed Alaska April L. Cobia's RN licenses

46. was under investigation.

47. In 2017 the Arizona State Board of Nursing and their official in her official capacity sent

48. subpoenas to Chamberlain College of Nursing in Chicago Illinois requesting information

49. on April L. Cobia and her transcript's, while April L. Cobia attended the Nurse

50. Practitioner degree program.

51. In 2017 the Arizona State Board of Nursing and their official in her official capacity sent

52. subpoenas to a company I worked for in Pennsylvania, "Humanus". Humanus informed

53. the Arizona State Board of Nursing and its official (Shawna M. Bonner RN128736) that

54. they had broken and violated Pennsylvania Laws by sending a subpoena about April L.

55. Cobia to them. Humanus also informed Arizona State Board of Nursing they DO NOT

56. ANSWER TO ARIZONA.

57. In 2017 the Arizona State Board of Nursing in its official capacity and its officer

58. SHAWNA M. BONNER RN128736 falsely claimed April L. Cobia had patient medical

59. records on her personal computer without EVER seeing the contents of April L. Cobia's

60. computer.

61. In 2017 the Arizona State Board of Nursing in its official capacity and its officer

62. SHAWNA M. BONNER submitted altered documents into the Arizona

63. Courts/Trial after multiple subpoenas from April L. Cobia's Employer.

64. In 2017 the Arizona State Board of Nursing in its official capacity and its officer

65. SHAWNA M. BONNER RN128736 violated the Arizona Nurse Practice Act as

66. evidence by her failure to report crimes which were committed.

67. In 2017 the Arizona State Board of Nursing, and its officials in their official capacity

68. SHAWNA M. BONNER RN128736 violated the Nurse Practice Act when she lied

69. during her investigative report, and under Oath during trial regarding plaintiff April L.

70. Cobia.

71. In 2017 the Arizona State Board of Nursing and its officials in their official capacity and

72. its officers SHAWNA M. BONNER RN128736 violated the Nurse Practice Act when

73. she had April L. Cobia University transcript from Chamberlain College of Nursing

74. however, SHAWNA M. BONNER RN128736 reported April L. Cobia barely made the

75. grades for Chamberlain College of Nursing Nurse Practitioner Degree.

76. In 2020, 2021, 2022, and again in 2023 April L. Cobia, and a family member were

77. stalked and harassed due to false light the plaintiff has been put in by the Arizona State

78. Board of Nursing investigators.

79. In 2023 the Anchorage Alaska Police was contacted; Anchorage Police Officers made

80. A visit at the residents of April L. Cobia due to slanderous material being distributed

81. throughout a building where April L. Cobia resides. July of 2022, March & May of 2023

82. Plaintiff April L. Cobia has been stalked due to the constant & continual false light she

83. has been placed by the Arizona State Board of Nursing and the officials in their official

84. capacity.

85. In 2020, 2021, 2022, & 2023 plaintiff has been stalked multiple times where she lives.

86. Defendants' conduct was intentional, wrongful, reckless, and outrageous

87. Alternatively, with the repeated use of the World Wide Web plaintiff April

88. Cobia RN was placed in a false light, if not deliberate, the actions were reckless and gross

89. neglects and has caused plaintiff significate professional damage, financial damage, &

90. emotional damage.

## JURISDICTION AND VENUE

91. The Courts have original jurisdiction of this action pursuant to 28 U. S. 1332(a)(1): in the

92. matter which is in controversy regarding citizens of another state, and the matter which

93. exceeds the sum of value of 75,000,

## PARTIES

94. **Plaintiff** April L. Cobia Registered Nurse is at relevant a resident of Anchorage Alaska

95. since January 2020.

96. **Defendant** Jo Elizabeth Ridenour Registered Nurse (RN) resides in the state of Arizona

97. and is the Executive Director of the Arizona State Board of Nursing, and in her Official

98. capacity as Executive Director, Jo Elizabeth Ridenour over see's all actions of the

99. Arizona State Board of Nursing and its Employee's. Arizona State Board of Nursing is a

100. state agency that licenses graduates who complete professional programs at

101. universities for degrees in nursing profession, Jo Elizabeth Ridenour RN

102. Executive Director of the Arizona State Board of Nursing also over see's that

103. colleges and universities in Arizona are in compliance with State and Federal

104. codes and regulations. **Defendant's** Shawna M. Bonner Registered Nurse with

105. lic. # RN128736, and LP038877, Cindy Mand RN, and Dolores Hurtado was/are

106. is an investigator for the Arizona State Board of Nursing, and assistant to Joey E.

107. Ridenour RN, who is also a resident of the State of Arizona. Shawna M Bonner

108. RN is a federal employee currently and was prior to and during the time which

109. she was a state employee for the Arizona State Board of Nursing, which she

110. was/is educated on federal and state codes, action, and violations of the Nurse

111. Practice Act, and sworn in by the Governor of the State of Arizona. Cindy Mand

112. RN, and Dolores Hurtado was/is educated on federal and state codes, action, and

113. violations of the Nurse Practice Act, and sworn in by the Governor of the State of

114. Arizona.

**Defendant's** which are the Arizona State Board Members (RANDY C. QUINN, THERESA BERRIGAN, JANA MACHESKY, ELIZABETH BOYER, LORI GUTIERREZ, M. SHAWN HARRELL, CARMEN HILL-MEKOBA, MELINDA PRESTON, KATHRYN L. BUSBY) are and is/was in their Official Capacity sworn in by the Governor of the State of Arizona to hear the cases and make ruling from the investigators like SHAWNA M. BONNER, the board members ruled against April l. Cobia based on the investigation of SHAWNA M. BONNER, SUNITA KRISHNA IS THE Lawyer who presented the case, William Ridenour is the Husband to (Jo Ridenour) & was the Regent to the Universities in AZ.

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
Non-Prisoner Complaint

## COUNT 1

**Deceptive Thief**: Property Rights in the State of Arizona, Arizona's licensed professionals enjoy a protective interest in their license under the state and federal constitution, and that license cannot be revoked unless due process is afforded. But procedural due process is a flexible guarantee: it calls for the procedural safeguards demand in a particular case. Revocation of plaintiff April L. Cobia RN license in May 2018 was done without due process and by deception through obstruction of Justice by the Arizona State Board of Nursing Investigator's, which is a violation of the 4th Amendment 4.2.6.3.

## COUNT 2

**Accardi Doctrine Violation**: *United States ex rel. Accardi v. Shaughnessy,* 347 U. S. 260, in administrative law, in which the courts state that administrative agencies of State and Federal government are obligated to follow their own regulations, policies and procedures. Under the Accardi Doctrine, federal and state agencies which do not follow their own regulations or procedures run the risk of having their actions invalidated if challenged in court. Jo Elizabeth Ridenour RN, Shawna M. Bonner RN, and Cindy Mand RN, violated the Accardi Doctrine during the investigation of April L. Cobia RN license with repeated lies and deceptive documenting during the investigation. A pattern of practice where these State officials in their official capacity has been consistent violated their own regulations in the case of the plaintiff April L. Cobia.

## COUNT 3

**Doctrine of Ultra Vires violations**: Acting Beyond the Powers or Scope or in excess of legal power of a government or State body by their agent/agents in their official capacity. Shawna M. Bonner RN acting in her official capacity as an investigator for the State of Arizona State Board of Nursing sent out multiple subpoenas on April L Cobia RN to other states and company's multiple time, submitted altered and falsified documents into a court of law intentionally, multiple times, vouched for a witness, and lied under oath; therefore, forfeiting her qualified immunity where she swore an oath to uphold the law but also violated the Ultra Vires doctrine in doing so.

## COUNT 4

**Whistleblower Retaliation Violation**: *Arizona Revised Statues ("A.R.S.") Section 13-3620* imposes a certain duty on certain persons to report abuse, including "physical Injuries", to GOVERNMENT AUTHORITIES. *Arizona Revised Statues 46-454, & 46-455* is a Duty to report abuse, neglect, and exploitation of vulnerable adults; Duty to make medical records available; violation; classification. When Plaintiff reported a patient which needed immediate medical treatment to adult protective services her licenses was sanctioned for telling her employer.

## COUNT 5

**Interstate Stalking**: traveling the interstate within special maritime and territorial jurisdictions the United States of America or enters of leaves Indian County with an intent to kill, injure, harass, or intimidate another person, and in the course of, or as result of, such travel or presence engages in conduct that: a. place the person in reasonable fear of death of, or serious bodily injury to that person, immediate family member, a pet, a service Animal, or causes, attempts to

cause, or would be reasonably expected to cause emotional distress to a person described in clause (i), (ii), (iii) of paragraph(A), or place surveillance on a person with intent to kill, injure, or intimidate another person with the use of mail, computer, or electronic communication system or device: is a violation of United States Anti-Stalking law. Jo Elizabeth Ridenour, Shawna M. Bonner, Cindy Mand, Dolores Hurtado used the internet, computers, phones, cell phones, fax machines, vehicles, and other forms of devices to stalk, harass, the plaintiff April L. Cobia for over, 18 years.

## COUNT 6

**11th Amendment Violation:** when a state agent who is given qualified immunity while employed in a state or federal position, violates their qualified immunity, then they have waived their immunity per abrogate doctrine, state sovereign immunity cannot be used, nor can the agent with qualified immunity be protected under the 11th Amendment. Shawna M. Bonner RN, and Jo Elizabeth Ridenour RN who are agents of the State of Arizona violated their 11th Amendment qualified immunity when they revoked April L. Cobia RN licenses under a false light, while lying to courts, submitting altered, and false.

## COUNT 7

**FCC Fraud:** The Arizona State Board of Nursing and its officials (Joey E. Ridenour, Shawna M. Bonner) repeatedly and constantly posted false and defaming information about April L. Cobia RN and her nursing license on the World Wide Web from 2005 until the current date 2023, which placed her repetition in a FALSE LIGHT, and caused an INVASION OF PRIVACY. Whoever engages in any conduct with the intent to convey false or misleading information under the circumstances where such information may reasonably be believed and where such information indicates that an activity was taken, is taking, or will take place

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## Non-Prisoner Complaint

constitutes a violation of the of federal law under the statute: Slanderous Tort: *Lewinsky's Inc. v. Walmart stores, inc.,127 F.3d 122 (1st Cir. 1997)*.

## COUNT 8

**False Declaration before a Federal /State Court:** Whoever under oath (or in any declaration, certification, verification, or statement under penalty of perjury as permitted under 1746 of title 28 of United States code) in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes **OR USES ANY FORM OF FALSE OTHER INFORMATION**, including any book, paper, document, recording, record, or other material shall be fined under this title or imprisoned not more than five years or both. Shawna M. Bonner knowingly and willfully submitting false document into the courts constitutes a violation of 18 U.S. Code 1623.

**Where did the events giving rise to your claim(s) occur?** All the event began in the State of Arizona, and has been consistent across the United States of America from 2005 until 2023.

**What date and approximate time did the events giving rise to your claim(s) occur?** The dates began October 2005, and have been consistent for 18 years which is 05/2023 by the Arizona State Board of Nursing and the officials in their official sworn in capacity by the Governor of the State of Arizona.

## IV. INJURIES

After 18 years of multiple accounts where plaintiff April L. Cobia and her licenses were placed in a false light across the world globe using Federal Communication System devices by Arizona State Board of Nursing and its officials in their official capacity who are sworn in by the Governor of the State of Arizona, April L. Cobia injuries are difficult to measure at the current time 5/2023.

Page **18 of 20**

Case 3:23-cv-00112-SLG   Document 1   Filed 05/15/23   Page 18 of 20

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
Non-Prisoner Complaint

## PRAYER FOR RELIEF

1. An immediate cease & desist notice against the State of Arizona and its officials from the Arizona State Board of Nursing from filing any further false reports about April L. Cobia RN, or contacting anyone regarding the plaintiff April L. Cobia in other States in the United States. 18 years of lost wages due to placing the Plaintiff April L. Cobia in a false light comes to roughly 1,898,560.00 in working wages, attorney fees, and work the plaintiff herself had to do to defend herself. Accordingly, the plaintiff April L. Cobia RN is entitled to recover damages, interest, and punitive damages. Recovery efforts for reinstatement of Registered Nurse licenses and completion of Nurse Practitioner which is approximately 250,000.00. Wherefore, plaintiff, on behalf of herself request this court award relief against Defendants as follows:

    a. Declaring Defendant's' conduct unlawful and enjoining the conduct described herein;

    b. Awarding plaintiff and the purpose statutory and punitive damages.

    c. Awarding any attorneys' fees, and court cost; and

    d. for such other relief as the court may deem necessary or appropriate.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## Non-Prisoner Complaint

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/15/2023

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: April L. Cobia